CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 1 3 2006

BY: JOHN F. CORCORAN, CLERK
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

EDWIN R. CRUZ,
    Petitioner,

v.

GENE M. JOHNSON,
    Respondent.

)
)
)
)
)
)
)
)

Civil Action No. 7:05-cv-00517

**FINAL ORDER**

By: Hon. James C. Turk
Senior United States District Judge

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that respondent's motion to dismiss shall be and is hereby **GRANTED**; the petition for a writ of

habeas corpus, pursuant to U.S.C. § 2254, is hereby **DISMISSED** without prejudice for failure to

exhaust state court remedies completely; and the action is hereby stricken from the active docket.

The Clerk is directed to send certified copies of this order and the accompanying

memorandum opinion to petitioner and to counsel of record for the respondent.

ENTER: This ___13th___ day of April, 2006.

_James C. Turk_
Senior United States District Judge